# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:05-cr-414-JLB-SPF

DEWAYNE HAYES

_____

## FINAL REVOCATION HEARING

Pursuant to the Report and Recommendation on Violation of Supervised Release of the United States Magistrate Judge (Doc.90), entered December 18, 2025, a Final Revocation Hearing was previously scheduled for **January 15, 2026 at 1:30PM** before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 5th day of January 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services